UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZETTE MCKENNA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 10-10417-JLT |
| | * |
| WELLS FARGO BANK, N.A., | * |
| | * |
| Defendant. | * |

ORDER

March 21, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that Defendant's Motion to Dismiss [#10] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge